

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11-M5-1735 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Samantha Scott ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **So Cal** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. **X** The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **Substance abuse, lack of sureties**

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |

    and/or

B.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _substance abuse /_
_violations of release_
_____
_____

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _7/26/11_

_[signature]_
UNITES STATES MAGISTRATE JUDGE